STATE v. GIVIAN

No. 384P89

Case below: 94 N.C. App. 390

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 December 1989.

STATE v. JOHNSON

No. 450P89

Case below: 95 N.C. App. 662

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

STATE v. KAMTSIKLIS

No. 303P89

Case below: 94 N.C. App. 250

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 December 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

STATE v. LOCKHART

No. 355P89

Case below: 94 N.C. App. 780

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

STATE v. McRAE

No. 325P89

Case below: 94 N.C. App. 601

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 December 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.